UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                              )
                                    )
GolfThere Corporation,              )      Case No. 18-03010-DSC-11
                                    )
        Debtor.                     )

## AMENDED MOTION TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND MOTION TO APPROVE BIDDING PROCEDURES AND SALE OF ASSETS BY AUCTION

COMES NOW, GolfThere Corporation ("Debtor") as debtor and debtor-in-possession, by and through its undersigned counsel, pursuant to § 105(a) and 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and amends it's Motion To Sell Certain Assets Free and Clear of Liens and Interests [Docket No. 49] (the " Original Motion"). In support of this Amended Motion (the "Amended Motion"), the Debtor states as follows:

### JURISDICTION AND VENUE

1. On July 24, 2018 (the "Petition Date"), an involuntary petition for relief under Chapter 7 of the Bankruptcy Code was filed with the Clerk of this Court. The Debtor filed a Notice of Conversion to Chapter 11 on October 2, 2018. Debtor continues to operate and manage its assets as a debtor-in-possession pursuant to §§ 1107(a) and 1108.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of the Debtor's Chapter 11 case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code §§ 105(a) and 363(b).

3. There is no Trustee appointed in this case.

4. On October 5, 2018, The Debtor filed the Original Motion seeking the Court's authorization to  sell all of the estate's right, title and interest in the property described  in the Exhibits to the Original Motion (the "Sale Assets"), free and clear of any and all mortgages, liens, interests and/or other encumbrances as set forth in the Original Motion, to Your Golf Travel, Inc. ("Your Golf") pursuant to an Asset Purchase Agreement that was attached to the

Original Motion as Exhibit A (the "Original APA"), and with the proceeds of such sale to attach to any existing liens on such assets to be sold.

5.  A hearing on the Debtor's Motion To Shorten Time for Notice of the Original Motion was conducted by this Court on October 9, 2018 at 9:30 AM (the "Hearing").

6.  At the Hearing, appearances were made by the Debtor, through its principal, Alan Hale, the Debtor's counsel, C. Taylor Crockett, ("Debtor's Counsel"), Daniel Sparks, counsel for Creditors that filed this involuntary petition ("Petitioning Creditors' Counsel"), Jon Dudek, counsel for the Bankruptcy Administrator (the "BA's Counsel"), Joe A. Joseph, and David Dowd, counsel for Tee Times USA, LLC ("Tee Times Counsel").

7.  It was announced to the Court by Debtor's Counsel Tee Times Counsel that Tee Times USA, LLC ("Tee Times") intended to submit a higher and better offer (the "New Offer") for the Sale Assets than the offer reflected in the Original Motion.

8.  In light of the New Offer, an agreement was reached by and among the Debtor's Counsel, Petitioning Creditors' Counsel and Tee Times Counsel that, in order to protect the interests of all parties concerned, including the Debtor, Your Golf, the Petitioning Creditors, Tee Times, any other potential bidders for the Sale Assets, as well as other parties in interest, and, to maximize the value of the Sale Assets through a competitive bidding process, Bidding Procedures and an Auction Process should be established, subject to authorization by the Court.

### Request for Authorization of Bidding Procedures and Auction Process

8.  The Debtor proposes the bidding procedures and auction process set forth in Exhibit A, attached hereto (the "Bidding Procedures"). Because the Debtor's financial condition is extremely precarious, and because the Sale Assets deteriorate in value with each passing day, the Debtor seeks the Court's authorization of the Bidding Procedures on an expedited basis, without further notice or hearing. The Debtor submits that such expedited authorization is appropriate, given that all interested parties were provided with Notice of the Hearing and had an opportunity to appear, and\or file responses or objections.

## Business Judgment

Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 1107(a). Moreover, § 105(a) of the Bankruptcy Code provides that bankruptcy courts "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the [Bankruptcy Code]. 11 U.S.C. § 105(a).

To approve a use, sale, or lease of property other than in the ordinary course of business, the court must find some business justification.

Debtor believes that the establishment of bidding procedures and an auction process, as described herein will achieve the highest benefit to the estate. The Debtor has conducted extensive negotiations with its primary competitors in the golf travel industry. The Debtor ultimately received six (6)purchase offers. The Original APA and the New Offer represent the two best offers for the Sale Assets and the Debtor, in the exercise of its sound business judgment, believes that other potential bidders may wish to participate in an auction process that might yield an even higher price for the Sale Assets. Accordingly, the proposed Bidding Procedures are in the best interest of Debtor's chapter 11 estate and creditors.

## Good Faith Purchaser

The successful bidder (the "Ultimate Purchaser") at the proposed auction would be buying the Property in good faith in accordance with § 363 of the Bankruptcy Code. Debtor expects that the Ultimate Purchaser will be a good faith purchaser and will proceed in good faith in all respects in connection with this proceeding and the sale of the Sale Assets. Thus, the sale would be subject to a finding by the Court under § 363(m) of the Bankruptcy Code that the Ultimate Purchaser is a good faith purchaser of the Sale Assets. Although the Bankruptcy Code does not define "good faith purchaser," the phrase encompasses one who purchases in "good faith" and for "value."

Debtor submits that the Ultimate Purchaser's offer to purchase will be the best offer available.

Accordingly, the Bidding Procedures proposed by the Debtor and the resulting sale to the Ultimate Purchaser would be in "good faith" within the meaning of the Bankruptcy Code.

## Legal Authority

Section 363(b)(1) of the Bankruptcy Code provides that a debtor-in-possession, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A debtor-in-possession is given these rights by §§ 1107(a) of the

Bankruptcy Code and § 105(a) provides that bankruptcy courts "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

As stated above, sound business reasons exist for liquidation of the assets identified herein. The sale of the assets will provide net funds for the administration of the estate and ultimately to fund a plan of reorganization.

Debtor's sale of the asset satisfies the requirements of Section 363(f) of the Bankruptcy Code to sell the assets free and clear of all liens, claims, interests and encumbrances. Section 363(f) states:

(f)     The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if:

    (1)     applicable non-bankruptcy law permits sale of such property free and clear of such interest;

    (2)     such entity consents;

    (3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

    (4)     such interest is in bona fide dispute; or

    (5)     such entity could be compelled, in a legal or equitable proceeding, to accept money satisfaction of such interest.

The satisfaction of any of the five requirements of Section 363(f) will suffice to permit the sale of assets free and clear of all liens. The sales proposed herein meets at least one of the 363(f) requirements.

**Relief Requested**

The proposed Bidding Procedures and sale qualify under Bankruptcy Code Section 363(f)(1), (2), and (3). Accordingly, Debtor moves the Court as follows:

    A.     Authorize the Bidding Procedures, without further notice or hearing

    B.     At the hearing to approve the auction results and the sale to the Ultimate Purchaser, to approve the proposed sale and grant the Debtor the authority to sell and convey the Sale Assets, as scheduled in the APA to be executed by the Debtor and the Ultimate Purchaser; and to execute any instrument necessary by order of the Court, or otherwise, to effect the transfer to a purchaser, pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(2);

C.     To approve the sale free and clear of all liens and interests and provide that any liens shall attach to the proceeds of the sale and if, on such hearing, it should appear that there are other parties claiming an interest in the property to be sold, to approve and confirm the sale nevertheless, and to order the Debtor to hold the consideration paid on the date of the sale until the dispute can be resolved; and

D.     To grant such other, further and different relief as may be proper in the premises to effect the sale of the said property.

## NOTICE OF SALE

Bankruptcy Rule 2002(a) and (c) requires Debtor to notify all creditors of the proposed sale of the assets identified herein.  Service of this Amended Motion shall be provided by U.S. Mail to the creditor matrix, the potential bidders who previously engaged with the debtor , and to all parties who have registered as a participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama pursuant to FRBP 9036.

Respectfully submitted this the 10th day of October, 2018.

C. Taylor Crockett
Attorney for Debtor

OF COUNSEL:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
Telephone: (205) 978-3550

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the attached matrix and on the following by electronic filing and/or by placing a copy to each in the U.S. Mail first-class postage prepaid this the 10th day of October, 2018.

Bankruptcy Administrator
U.S. Bankruptcy Court
1800 5th Avenue North
Birmingham, AL 35203

C. Taylor Crockett
Attorney for Debtor

32454529 v1

Label Matrix for local noticing
1126-2
Case 18-03010-DSC11
NORTHERN DISTRICT OF ALABAMA
Birmingham
Filed Oct 10 12:09:34 CDT 2018

GolfThere Corporation
1 Chase Corporate Center
Suite 400
Birmingham, AL 35244-7001

Honours - Peninsula Golf Club, LLC
20 Peninsula Blvd.
Gulf Shores, AL 36542-8280

Honours - Rock Creek Golf Course, LLC
140 Clubhouse Drive
Fairhope, AL 36532-3372

Honours Golf - Craft Farms, LLC
P O Box 2105
Gulf Shores, AL 36547-2105

Honours Golf - WGV, LLC
2 World Golf Place
St. Augustine, FL 32092-2724

Oconee Golf Company, LLC
1000 Vista Drive
Greensboro, GA 30642-7457

Tee Times USA, LLC
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203-3284

Troon Golf, LLC
15044 N. Scottsdale Rd.
Suite 300
Scottsdale, AZ 85254-8135

Troon North Golf Club, LLC
10320 East Dynamite Blvd.
Scottsdale, AZ 85262-5663

Westin Operator, LLC
7133 Dinah Shore Drive
Rancho Mirage, CA 92970

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

Alan Hale
1817 Southlake Parkway
Birmingham, AL 35244-3395

Aliante Golf Club
3100 West Elkhorn
Las Vegas, NV 89084-2454

American Express  Delta Reserve
P.O. Box 650448
Dallas, TX 75265-0448

American Express  Platinum
P.O. Box 650448
Dallas, TX 75265-0448

American Express Delta Sky
P.O. Box 650448
Dallas, TX 75265-0448

Aqua Aston Hospitality
1395 Tuscana Lane
Davenport, FL 33896-5302

Auburn Marriott Opelika Hotel & Conf Cnt
3700 RobertTrent Jones Trail
Opelika, AL 36801-1118

Avis
7876 Collections Center Drive
Chicago, IL 60693-0078

Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Battle House Renaissance Mobile Hotel
26 North Royal Street
Mobile, AL 36602-3802

Beau Rivage Resort & Casino
P.O. Box 7326
D'Iberville, MS 39540-7201

Bella Collina Golf Course
15920 County Road 455
Montverde, FL 34756-3701

Bloomingdale Golfers Club
1113 Great Golfers Place
Valrico, FL 33596-6955

Boyne Highlands Main Lodge
600 Highland Drive
Harbor Springs, MI 49740

Capital One Visa
P.O. Box 60599
City of Industry, CA 91716-0599

Celebration Golf Club
701 Golfpark Dr
Celebration, FL 34747-4627

Champions Gate Golf Club
1500 Masters Boulevard
Orlando, FL 33896-5312

ChampionsGate Country Club
8950 Clifton Draw Dr.
Championsgate, FL 33896-2601

Chase Marriott Visa
P.O. Box 6294
Carol Stream, IL 60197-6294

Cimarron Mortgage
P.O. Box 12830
Jackson, MS 39236-2830

Citibank Visa
P.O. Box 9001037
Louisville, KY 40290-1037

CityCom Marketing LLC
Appleton Avenue Suite 200
Menomonee Falls, WI 53051

Classic Club
75-200 Classic Club Blvd
Palm Desert, CA 92211-4124

Club at Emerald Hills
4100 N Hills Dr
Hollywood, FL 33021-2424

Conestoga Golf Club
1499 Falcon Ridge Pkwy
Mesquite, NV 89034-1229

Copper Canyon Golf Club
26577 West Desert Vista Blvd
Buckeye, AZ 85396-2296

Copper Creek
11191 Highway #27
Kleinburg, ON L0J 1C0

Courtyard Mobile
1000 W I-65 Service Road South
Mobile, AL 36609-1304

Crandon Golf at Key Biscayne
6700 Crandon Blvd
Key Biscayne, FL 33149-3200

Crooked Tree Golf Club
600 Crooked Tree Dr
Petoskey, MI 49770-8545

Crosswinds Golf Club
232 James B Blackburn Drive
Savannah, GA 31408-8064

Crow Creek Golf Club
240 Hickman Rd NW
Calabash, NC 28467-2017

Dana Communications
2 East Broad St.
Hopewell, NJ 08525-1899

Daniel D. Sparks, Esq.
505 N 20th Street
Suite 1800
Birmingham, AL 35203-4633

Days Inn & Suites Prattville
600 Old Farm Lane South
Prattville, AL 36066-6501

Deer Creek Golf Club
2801 Deer Creek Golf Club
Deerfield Beach, FL 33442-7999

Department of Revenue
Jefferson County Courthouse
Birmingham AL 35203

Desert Willow Golf Club-Firecliff Course
38-995 Desert Willow Drive
Palm Springs, CA 92260-1674

Diamondhead Country Club Cardinal Course
7600 Country Club Road
Diamondhead, MS 39525-3702

Eagle Creek Golf Club
10350 Emerson Lake Blvd
Orlando, FL 32832-6108

Eagle Mountain Golf Club
14915 East Eagle Mountain Pkwy
Fountain Hills, AZ 85268-6322

Embassy Suites Hot Springs Hotel & Spa
400 Convention Blvd
Hot Springs Village, AR, AR 71901-4203

Embassy Suites by Hilton Orlando - Jamai
8250 Jamaican Court
Orlando, FL 32819-9313

English Turn Golf & Country Club
1 Clubhouse Drive
New Orleans, LA 70131-3303

Eric Johnson
3104 Blue Lake Drive Suite 200
Vestavia Hills, AL 35243-2372

Fairfield Inn Mobile
950A W I-65 Service Road South
Mobile, AL 36609-1303

Farmlinks Golf Club
2200 Farmlinks Blvd
Sylacauga, AL 35151-8281

Foremost Property Management
P.O. Box 1730
Gulf Shores, AL 36547-1730

Forest Lake Golf Club
10521 Clarcona Ocoee Rd
Apopka, FL 32703-8728

Fountains at Champions Gate
1395 Tuscana Lane
Champions Gate, FL 33896-5302

Four Seasons Resort Scottsdale at Troon
10600 East Crescent Moon Drive
Scottsdale, AZ 85262-8342

General Counsel
State Department of
Industrial Relations
Montgomery AL 36102

Glenlakes Golf Club
9530 Clubhouse Dr
Foley, AL 36535-9326

Gold Strike Casino Resort
P.O. Box 459
Tunica Resorts, MS 38664-0459

Golf Club at South Hampton
315 South Hampton Club Way
Saint Augustine, FL 32092-1030

Grand Bear Golf Club
12040 Grand Way Blvd.
Saucier, MS 39574-6044

Grand Traverse Resort and Spa
P.O. Box 404
Acme, MI 49610-0404

Grayhawk Golf Club
8620 E. Thompson Peak Parkway
Scottsdale, AZ 85255-9141

Greenlinks Golf Villas Lely Resort
7995 Mahogany Run Lane
Naples, FL 34113-1625

Gulf Hills Golf Club
13700 Paso Road
Ocean Springs, MS 39564-2261

Gulf Shores Golf Club
520 Club House Drive
Gulf Shores, AL 36542-3490

Hampton Cove Highlands Course
450 Old Hwy 431 South
Owens Crossroads, AL 35763-9304

Hampton Inn & Suites Hampton Cove
6205 Highway 431 South
Huntsville, AL 35763-9208

Hampton Inn & Suites Opelika/Auburn
2000 Capps Way
Opelika, AL 36804-7660

Hampton Inn & Suites Prattville
2590 Cobbs Ford Road
Prattville, AL 36066-7708

Hampton Inn Mobile I-65
1028 West I-65 Service Road South
Mobile, AL 36609-1304

Heritage Golf Group
P.O. Box 7229
Hilton Head, SC 29938-7229

Hickory Hills Country Club
900 Hickory Hill Dr.
Gautier, MS 39553-2370

Hidden Hills Country Club
3901 Monument Road
Jacksonville, FL 32225-1799

Highland Oaks Golf Course
904 Royal Parkway
Dothan, AL 36305-6922

Hilton Head National Golf Club
60 Hilton Head National Drive
Bluffton, SC 29910-6551

Holiday Inn Club Vacations at Orange Lake
8505 W Irlo Bronson Memorial Hwy
Kissimmee, FL 34747-8217

Holiday Inn Express Prattville South
203 Legends Court
Prattville, AL 36066-7895

Holiday Inn Hoover
2901 John Hawkins Parkway
Hoover, AL 35244-1095

Hollywood Casino-Bay St Louis
711 Hollywood Blvd
Bay Saint Loius, MS 39520-1808

Home2 Suites by Hilton Prattville
2505 Legends Drive
Prattville, AL 36066-7900

Honours Golf - Craft Farms, LLC
P.O. Box 2105
Seminole, AL 36574

Honours Golf - WGV, LLC
2 World Golf Place
Saint Augustine, FL 32092-2724

Hot Springs Village Prop.Owners' Assoc.
95 Desoto Blvd
Hot Springs Village, AR 71909-7656

Hot Springs Village Villas
P.O. Box 8548
Hot Springs Village, AR 71910-8548

Hyatt Regency Indian Wells Resort & Spa
44-600 Indian Wells Lane
Indian Wells, CA 92210-8707

IP Casino Resort & Spa
465 S Rainbow Blvd    Attn: Accounts Re
Las Vegas, NV 89118-3215

IPG Florida Vacation Homes
9550 U.S. Highway 192
Clermont, FL 34714-8206

Indian Wells Golf Resort
44-500 Indian Wells Lane
Indian Wells, CA 92210-8746

Innisbrook Resort
36750 US Highway 19N
Palm Harbor, FL 34684-1239

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Island View Casino Resort
3300 W Beach Blvd
Gulfport, MS 39501-1800

Isle of Capri Casino - Lake Charles
100 Westlake Ave
Westlake, LA 70669-5716

Isleta Resort & Casino
11000 Broadway SE
Albuquerque, NM 87105-7469

JW Marriott Desert Springs Resort & Spa
74855 Country Club Drive
Palm Desert, CA 92260-1961

Jacaranda Golf Club East Course
9200 West Broward Blvd
Fort Lauderdale, FL 33324-2402

Kierland Golf Club
15636 Clubgate Drive
Scottsdale, AZ 85254-2012

Kipsu
300 South First Street  #583491
Minneapolis, MN 55458-3836

Kiva Dunes Golf Club
815 Plantation Drive
Gulf Shores, AL 36542-8286

LPGA International
1000 Champions Dr
Daytona Beach, FL 32124-1090

(c) LA QUINTA RESORT & CLUB A WALDORF ASTORI
PO BOX 1510
LA QUINTA CA  92247-0069

Lake Jovita Golf & Country Club
12900 Lake Jovita Blvd
Dade City, FL 33525-8291

Lakewood Country Club Dogwood Course
One Grand Blvd
Point Clear, AL 36564

Lakewood Golf Club
1801 General DeGaulle Dr
New Orleans, LA 70131-7195

Legends Golf Resort
1500 Legends Drive
Myrtle Beach, SC 29579-6808

Legends Golf and Country Club
1700 Legendary Blvd
Clermont, FL 34711-5328

Lost Key Golf Club
625 Lost Key Drive
Pensacola, FL 32507-9698

Luxor Las Vegas
P.O. Box 748137
Los Angeles, CA 90074-8137

MGM Grand
P.O. Box 748137
Los Angeles, CA 90074-8137

Maderas Golf Club
17750 Old Coach Road
Poway, CA 92064-6621

Magic Village Resort
3151 Pantanal Lane
Kissimmee, FL 34747-2121

Marriott McDowell Mountains
P.O. Box 403003
Atlanta, GA 30384-3003

| | | |
|---|---|---|
| Marriott Shoals Hotel & Spa<br>10 Hightower Place<br>Florence, AL 35630-4166 | Martha W. Hale<br>8772 SE 130th Loop<br>Summerfield, FL 34491-8255 | Mission Hills Golf Club<br>71333 Dinah Shore Drive<br>Rancho Mirage, CA 92270-1508 |
| Montgomery Marriott at Capitol Hill<br>2500 Legends Pkwy<br>Prattville, AL 36066-7737 | Mystic Dunes Golf Club<br>7850 Shadow Tree Lane<br>Kissimmee, FL 34747-2550 | Mystic Dunes Resort<br>10600 W. Charleston Blvc.<br>Las Vegas, NV 89135-1014 |
| North Creek Golf Club<br>7770 North Creek Blvd.<br>Southaven, MS 38671-5399 | Northdale Golf & Tennis Club<br>4417 Northdale Blvd<br>Tampa, FL 33624-1727 | Oaks National Golf Club<br>1500 The Oaks Blvd<br>Kissimmee, FL 34746-3826 |
| Ocean Sky Hotel & Resort<br>4060 Galt Ocean Drive<br>Fort Lauderdale, FL 33308-6501 | Ocotillo Golf Club<br>3751 South Clubhouse Drive<br>Chandler, AZ 85248-4200 | Ohana Companies<br>1405 Foulk Road, Suite 200<br>Wilmington, DE 19803-2769 |
| Old Corkscrew Golf Course<br>17320 Corkscrew Road<br>Estero, FL 33928-9417 | Omni La Costa Resort & Golf Club<br>2100 Costa Del Mar Road<br>Carlsbad, CA 92009-6823 | Omni La Costa Resort & Spa<br>2100 Costa Del Mar Road<br>Carlsbad, CA 92009-6823 |
| Omni Orlando Resort @ Champions Gate<br>1500 Masters Blvd<br>Davenport, FL 33896-5312 | Orange County Crooked Cat Course<br>16301 Phil Ritson Way<br>Winter Garden, FL 34787-6200 | Orange Lake Golf<br>8505 W Irlo Bronson Memorial Hwy<br>Kissimmee, FL 34747-8201 |
| Orlando Marriott Lake Mary<br>1501 International Parkway<br>Lake Mary, FL 32746-4708 | PGA National Resort & Spa<br>400 Avenue of the Champions<br>Palm Beach Gardens, FL 33418-3698 | (c)PGA WEST GOLF CLUB<br>PO BOX 1510<br>LA QUINTA CA  92247-0069 |
| Palm Mountain Resort & Spa<br>155 S Belardo Road<br>Palm Springs, CA 92262-6327 | Palmetto Dunes Resort<br>P.O. Box 1546/Attn: Soni Davis RE: Fairw<br>Greenwood, SC 29648-1546 | Pearl River Resort<br>One Choctaw Trail<br>Choctaw, MS 39350-7901 |
| Peninsula Golf & Racquet Club<br>20 Peninsula Blvd<br>Gulf Shores, AL 36542-8280 | Perdido Bay Golf Club<br>1 Doug Ford Drive<br>Pensacola, FL 32507-8707 | Plantation Preserve<br>7050 West Broward Blvd<br>Plantation, FL 33317-2209 |
| Poppy Hills Golf Club<br>3200 Lopez Road<br>Pebble Beach, CA 93953-2900 | Redtail Golf Club<br>26026 Member Lane<br>Sorrento, FL 32776-7744 | Renaissance Indian Wells Resort & Spa<br>44-400 Indian Wells Lane<br>Indian Wells, CA 92210-8708 |

| | | |
|---|---|---|
| Residence Inn Desert View<br>P.O. Box 741574<br>Atlanta, GA 30374-1574 | Reynolds Lake Oconee<br>5741 Lake Oconee Parkway<br>Greensboro, GA 30642-3783 | Ritz Carlton Golf Club - Grande Lakes<br>4040 Central Florida Parkway<br>Orlando, FL 32837-7662 |
| Ritz Carlton Tiburon Golf Course<br>2600 Tiburon Drive<br>Naples, FL 34109-3500 | River Bend Golf Links<br>P.O. Box 627<br>Robinsonville, MS 38664-0627 | Rob Shults<br>3455 Peachtree Rd NE Suite 500<br>Atlanta, GA 30326-3236 |
| Ruth Engle<br>15044 N. Scottsdale Rd<br>Suite 300<br>Scottsdale, AZ 85254-8135 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Servis First Visa<br>P.O. Box 1508<br>Birmingham, AL 35201-1508 |
| Shell Landing Golf Club<br>1499 Shell Landing Blvd<br>Gautier, MS 39553-5808 | SilverRock Resort<br>79-179 Ahmanson Lane<br>La Quinta, CA 92253-5715 | Southern Dunes Golf & Country Club<br>2888 Southern Dunes Blvd<br>Haines City, FL 33844-2707 |
| Southern Hills Plantation Club<br>4200 Summit View Drive<br>Brooksville, FL 34601-5520 | St Johns Golf & Country Club<br>205 St. Johns Golf Drive<br>Saint Augustine, FL 32092-1053 | St. Augustine Hotel & Suites at WGV<br>475 Commerce Lake Drive<br>Saint Augustine, FL 32095-8869 |
| Starr Pass Golf Club<br>3645 W. Starr Boulevard<br>Tuscon, AZ 85745 | State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery  AL 36132-0001 | Staybridge Suites of Gulf Shores<br>3947 Gulf Shores Parkway HWY 59<br>Gulf Shores, AL 36542-2735 |
| Stone Mountain Golf Club Stonemont<br>1145 Stonewall Jackson Dr<br>Stone Mountain, GA 30083-7115 | Stonegate Golf Club at Solivita<br>404 Village Dr<br>Kissimmee, FL 34759-4011 | Stoneybrook West Golf Club<br>15501 Towne Commons Blvd<br>Winter Garden, FL 34787-4661 |
| Sunbelt Golf Corp ALL RTJ<br>67 Sunbelt Parkway<br>Birmingham, AL 35211-5959 | Sunridge Canyon Golf Club<br>13100 North Sunridge Drive<br>Fountain Hills, AZ 85268-3400 | TPC Eagle Trace<br>1111 Eagle Trace Blvd W<br>Coral Springs, FL 33071-7824 |
| TPC Scottsdale<br>17020 N Hayden Road<br>Scottsdale, AZ 85255-6000 | Talamore Golf Club<br>48 Talamore Dr<br>Southern Pines, NC 28387-2147 | The Biltmore Hotel - Miami-Coral Gables<br>1200 Anastasia Avenue<br>Coral Gables, FL 33134-6339 |
| The Bridges Golf Club<br>211 Hollywood Blvd.<br>Bay St. Louis, MS 39520-1808 | The Club at Savannah Harbor<br>2 Resort Drive<br>Savannah, GA 31421-7001 | The Golf Club at North Hampton<br>22680 N. Hampton Club Way<br>Fernandina Beach, FL 32034-8095 |

The Lodge at Torrey Pines
1480 North Torrey Pines Road
La Jolla, CA 92037-1095

(c)THE OAKS GOLF CLUB
24384 OAK ISLAND DR
PASS CHRISTIAN MS 39571-8143

The Preserve Golf Club
P.O. Box 309
Biloxi, MS 39533-0309

The Westin Kierland Resort & Spa
6902 East Greenway Parkway
Scottsdale, AZ 85254-8123

TimberCreek Golf Club
9650 Timbercreek Blvd
Daphne, AL 36527-5604

Timberline Golf Club
300 Timberline Trail
Calera, AL 35040-4679

Tranquilo Golf Club At Four Seasons
1451 Golfview Dr
Lake Buena Vista, FL 32830-8506

Troon Golf, LLC
Jeff Hansen, Esq.
15044 N. Scottsdale Rd Suite 300
Scottsdale, AZ 85254-8135

Troon North Golf Club, LLC
10320 East Dynamite Blvd
Scottsdale, AL 85262-5663

Tunica National
PO Box 549
Tunica Resorts, MS 38664-0549

Turnberry Isle Golf Club
19999 West Country Club Drive
Miami, FL 33180-2499

U.S. Securities and Exchange Commission
Branch of Reorganization
950 East Paces Ferry Road Ste 900
Atlanta, GA 30326-1382

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

Verandah Golf Club
12211 River Village Way
Fort Myer, FL 33905-6273

Waldorf Astoria Golf Club
14200 Bonnet Creek Resort Lane
Orlando, FL 32821-4024

We-Ko-Pa Golf Club Saguaro Course
18200 East Toh Vee Circle
Fort McDowell, AZ 85264-3121

Wedgewood Golf Club
5206 Tournament Dr.
Olive Branch, MS 38654-8236

Westin Hilton Head Island Resort & Spa
2 Grasslawn Ave
Hilton Head, SC 29928-5583

Westin Operator, LLC
Attn: Tom Scarellimino
7133 Dinah Shore Drive
Rancho Mirage, CA 92970

Whirlwind Golf Club Cattail Course
5692 West North Loop Road
Chandler, AZ 85226-5268

Wild Horse Pass Hotel & Casino
5040 Wild Horse Pass Blvd
Chandler, AZ 85226-5404

Windance Golf Club
19385 Champion Circle
Gulfport, MS 39503-7707

Windance Golf Course
3300 W Beach Blvd
Gulfport, MS 39501-1800

Alan Hale
c/o Lee R. Benton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203-3301

E Taylor Crockett
2067 Columbiana Road
Birmingham, AL 35216-2139

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203-2111

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
nternal Revenue Service                    (d) Internal Revenue Service
:01 Tom Martin Dr                          P O Box 21126
irmingham AL 35211                         Philadelphia PA 19114
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
a Quinta Resort & Club A Waldorf Astori    PGA West Golf Club           The Oaks Golf Club
.O. Box 69                                 P.O. Box 69                  24384 Clubhouse Drive
a Quinta, CA 92253                         La Quinta, CA 92253          Pass Christian, MS 39571
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
d) Honours - Peninsula Golf Club, LLC      (d) Honours - Rock Creek Golf Course, LLC   (d) Honours Golf - Craft Farms, LLC
:0 Peninsula Blvd                          140 Clubhouse Drive                          P.O. Box 2105
ulf Shores, AL 36542-8280                  Fairhope, AL 36532-3372                      Gulf Shores, AL 36547-2105


d) Honours Golf - WGV, LLC                 (d) Oconee Golf Company, LLC                 (d) Troon Golf
: World Golf Place                         1000 Vista Drive                            15044 N. Scottsdale Road, Suite 300
t. Augustine, FL 32092-2724                Greensboro, GA 30642-7457                    Scottsdale, AZ 85254-8135


d) Troon North Golf Club, LLC              (d) Westin Operator, LLC                     End of Label Matrix
.0320 East Dynamite Blvd                   7133 Dinah Shore Drive                       Mailable recipients    205
cottsdale, AZ 85262-5663                   Rancho Mirage, CA 92970                      Bypassed recipients      8
                                                                                        Total                  213
```